IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CAROL WOOTEN, )
)
       Plaintiff, )
)
v. )
)
EPWORTH UNITED METHODIST )
CHURCH and the NORTH CAROLINA )    1:06CV778
ANNUAL CONFERENCE, )
SOUTHEASTERN JURISDICTION, )
OF THE UNITED METHODIST )
CHURCH. )
       Defendants. )
_____)

ORDER

For the reasons set forth in a contemporaneously filed Memorandum Opinion, it is ORDERED that Defendant Epworth United Methodist Church's Motion for Summary Judgment [Doc. # 26] is DENIED, and Defendant North Carolina Annual Conference Southeastern Jurisdiction, of the United Methodist Church's Motion for Summary Judgment [Doc. # 36] is GRANTED.

This the day of July 11, 2007

                                            /s/ N. Carlton Tilley, Jr.
                                            United States District Judge